## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

     **vs.**

**JESSICA OSBORN**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:09-CR-0354  (GHL)**

Robert Bogdan, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**  Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED: JUNE 20, 2009**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $100.00 and a special assessment of $5.00. Total of the fine and special assessment amounts to $105.00, payable no later than October 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.  Defendant is also ordered to participate in and successfully complete parenting classes.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

August 12, 2009
Date of Imposition of Sentence

August 13, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge